**Fill in this information to identify the case:**

Debtor name    **BioAmber  Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11078**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $    **116,137,537.62**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    **116,137,537.62**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **921,958.17**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **437,814.60**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **2,545,169.67**

4.  **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b    $    **3,904,942.44**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **BioAmber  Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **18-11078**

☐ Check if this is an
    amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **See attachment B.3** | **Checking** | | **$1,933,302.62** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                        **$1,933,302.62**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | **Prepaid expenses** | **$549,075.00** |
| --- | --- | --- |

9.   **Total of Part 2.**                                                                        **$549,075.00**

Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor **BioAmber Inc.**
_____
Name

Case number *(If known)* **18-11078**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11b. Over 90 days old:  **14,035,053.00** - **0.00** =.... **$14,035,053.00**
                        face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                                      **$14,035,053.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **Sinoven (BA)** | **100%** % | | **$1,005,020.00** |
| 15.2. | **BioAmber Canada (BA)** | **100%** % | | **$85.00** |
| 15.3. | **Bioamber Sarnia Inc. (BILUX)** | **100%** % | | **$91,043,679.00** |
| 15.4. | **Comet Biorefining Inc.** | **> 6%** % | | **$412,434.00** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                      **$92,461,218.00**

Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Debtor | **BioAmber  Inc.** | Case number *(If known)* **18-11078** |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture, fixtures and equipment** | **$0.00** | Cost | **$721.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Machinery and equipment** | **$0.00** | Cost | **$143,948.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$144,669.00** |
|---|---|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **BioAmber  Inc.**
_____   Case number *(If known)* **18-11078**
         Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|
| 55.1.  **Real property lease for 1000 Westgate Drive, Suites 117 and 241, St. Paul, MN 55114** | **Lessee** | **$0.00** | **$0.00** |

56.   **Total of Part 9.** | **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white">Part 10:</div>   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** **License to Davy** | **$0.00** | **Cost** | **$3,106,767.00** |
| **Licnese to Cargill** | **$0.00** | **Cost** | **$453,955.00** |
| **Engineering Plant 2** | **$0.00** | **Cost** | **$3,212,599.00** |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Construction in progress** | **$0.00** | | **Unknown** |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.** | **$6,773,321.00**

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No

Debtor    **BioAmber  Inc.**                                           Case number *(If known)* **18-11078**
          Name

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 11:    **All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|  | **Other AR**     624.00 *Total face amount* - 0.00 *doubtful or uncollectible amount* = | **$624.00** |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
|  | **Income tax receivable and unused NOLs**     Tax year _____ | **$216,641.00** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | **Deferred financing costs** | **$23,178.00** |
|  | **Public Offers (IPO)** | **$456.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$240,899.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor      **BioAmber  Inc.**                                                    Case number *(If known)* **18-11078**
                  Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,933,302.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $549,075.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,035,053.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $92,461,218.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $144,669.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $6,773,321.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $240,899.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $116,137,537.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $116,137,537.62 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **BioAmber  Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)   **18-11078**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Bridging Finance, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$921,958.17** | **$0.00** |
| **77 King St. W #2925**<br>**Toronto ON M5K 1K7**<br>Creditor's mailing address | **Describe the lien**<br>**Litigation**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2** **Mitsui & Co. Ltd.**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| **3-1, Ohtemachi 1-chome**<br>**Chiyoda-ku, Tokyo**<br>**100-8631 Japan**<br>Creditor's mailing address | **Describe the lien**<br>**Indemnity & Security Agreements**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **BioAmber  Inc.** | Case number (if know) | **18-11078** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$921,958.17** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **BioAmber  Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11078**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$231,780.00** | **Unknown** |
| --- | --- | --- | --- | --- |
|  | **Bonuses** | *Check all that apply.* |  |  |
|  |  | ☐ Contingent |  |  |
|  |  | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **Accrued bonuses** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$115.00** | **Unknown** |
| --- | --- | --- | --- | --- |
|  | **Minnesota Dept. of Revenue** **Mail Station 6330** **Saint Paul, MN 55146-6330** | *Check all that apply.* |  |  |
|  |  | ☐ Contingent |  |  |
|  |  | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **Sales and Use Tax** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |  |  |
|  |  | ☐ Yes |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    40561                    Best Case Bankruptcy

| Debtor | **BioAmber Inc.** | Case number (if known) | **18-11078** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49,548.39** | **Unknown** |
|---|---|---|---|---|

**State of Delaware**
**Division of Revenue**
**820 N. French St. #2**
**Wilmington, DE 19801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$783.21** | **Unknown** |
|---|---|---|---|---|

**State of New Jersey**
**New Jersey Division of Taxation**
**PO Box 281**
**Trenton, NJ 08695-0281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$113,299.00** | **Unknown** |
|---|---|---|---|---|

**Vacation**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42,289.00** | **Unknown** |
|---|---|---|---|---|

**Wages**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **BioAmber  Inc.**
_____
          Name

Case number (*if known*)    **18-11078**
_____

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,545,169.67** |
|---|---|---|---|

**See Attachment F**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 437,814.60 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,545,169.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,982,984.27 |

---

**Fill in this information to identify the case:**

Debtor name    **BioAmber  Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)  **18-11078**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Real estate lease dated June 1, 2016, as amended.** | |
| State the term remaining | |
| List the contract number of any government contract | **UEL Real Estate Holdings, LLC**<br>**1000 Westgate Drive, Suite 101**<br>**Saint Paul, MN 55114** |

**Fill in this information to identify the case:**

Debtor name    **BioAmber  Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11078**

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

|      | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|------|----------|---------------------|----------|-----------------------------------|
| 2.1  |          | Street<br><br>City        State        Zip Code |          | ☐ D<br>☐ E/F<br>☐ G |
| 2.2  |          | Street<br><br>City        State        Zip Code |          | ☐ D<br>☐ E/F<br>☐ G |
| 2.3  |          | Street<br><br>City        State        Zip Code |          | ☐ D<br>☐ E/F<br>☐ G |
| 2.4  |          | Street<br><br>City        State        Zip Code |          | ☐ D<br>☐ E/F<br>☐ G |

Attachment B.3
Checking Accounts

| Bank Institution | Bank Account Number | Bank Account Currency | Bank Balance as May 4th 2018 (Bank Currency) | Xrate (Average of April) | Bank Balances as of May 4th 2018 (Company's currency) | Outstanding checks/adj | Book Value as of May 4th 2018 Compnay's currency |
|---|---|---|---|---|---|---|---|
| | *petty cash* | USD | $ 500.00 | 1.00000 | $ 500.00 | | $ 500.00 |
| HSBC Bank Canada | xxx-xxxxx0-001 | CAD | $ 12,008.72 | 0.78490 | $ 9,425.64 | | $ 9,425.64 |
| HSBC Bank Canada | xxx-xxxxx0-002 | CAD | $ 198,959.44 | 0.78490 | $ 156,163.26 | | $ 156,163.26 |
| HSBC Bank Canada | xxx-xxxxx0-070 | USD | $ 9,090.09 | 1.00000 | $ 9,090.09 | | $ 9,090.09 |
| HSBC Bank Canada | xxx-xxxxx0-270 | EUR | $ 23,107.48 | 1.22760 | $ 28,366.74 | | $ 28,366.74 |
| HSBC Bank USA | xxxxx0688 | USD | $ 1,539,208.36 | 1.00000 | $ 1,539,208.36 | | $ 1,539,208.36 |
| HSBC Bank USA | XXXXX6596 | USD | $ 260,992.50 | 1.00000 | $ 260,992.50 | $ (10,443.97) | $ 250,548.53 |
| | | | | | | | $ 1,993,302.62 |

Attachment F
Unsecured Creditors

| Creditor | Sum of Amount USD |
|---|---|
| AGILENT TECHNOLOGIES | $ 807.99 |
| American Express Card | $ 6,379.88 |
| AON REED STENHOUSE INC. | $ 3,700.00 |
| Beckman Coulter Inc | $ 320.00 |
| BRETT BOGENSCHUTZ | $ 1,679.41 |
| Broadridge ICS | $ 30,932.97 |
| CARGILL, INC. | $ 501,243.72 |
| Case Western Reserve University | $ 16,000.00 |
| CATHY HASS | $ 859.13 |
| CELEXION, LLC | $ 95,833.00 |
| Centerpoint Energy 6.1 | $ 215.93 |
| Cintas Corporations | $ 104.00 |
| Computershare Inc. | $ 5,283.75 |
| CT CORPORATION SYSTEM | $ 79,800.00 |
| CULLIGAN BOTTLED WATER | $ 28.02 |
| Deloitte & Touche LLP | $ 44,940.00 |
| DILUM DUNUWILA | $ 642.01 |
| DONNELLEY FINANCIAL SOLUTIONS | $ 39,616.27 |
| E.I. DUPONT DE NEMOURS AND COMPANY | $ 150,000.00 |
| EDWARD PASCHKE | $ 2,662.50 |
| Ellen Richstone | $ 21,504.00 |
| Fesco Adecco Human Resources Service Shanghai Co., | $ 31,881.09 |
| Fisher Scientific | $ 196.41 |
| GENEWIZ INC | $ 599.00 |
| GEORGE GOSBEE | $ 12,644.00 |
| Goodwin Procter LLP | $ 61,893.85 |
| Heinz Haller | $ 18,923.00 |
| Holly Morgan | $ 955.35 |
| HSBC Commerical Card | $ 1,340.47 |
| IMeet | $ 4,785.13 |
| INTEGRATED DNA TECHNOLOGIES INC | $ 543.66 |
| JAMES R. (JIM) MILLIS | $ 2,906.55 |
| JEAN-FRANCOIS HUC | $ 4,247.00 |
| KENNETH W WALL | $ 18,923.00 |
| Kevin Roberg-Perez | $ 3,294.20 |
| KURT BRINER | $ 18,923.00 |
| LIFE TECHNOLOGIES CORPORATION | $ 526.43 |
| Mackenzie Partners Inc. | $ 20,272.00 |
| Mediant Communications Inc. | $ 318.25 |
| METRO SALES INC | $ 666.96 |
| Midland Scientific Inc. | $ 1,821.45 |
| MINNESOTA - REVENUE (USE + SALES TAX) | $ 115.00 |
| Mitsubishi Chemical Corporation | $ 231,779.90 |
| Nanopore Technologies | $ 1,549.00 |

Attachment F
Unsecured Creditors

| | | |
|---|---|---:|
| NEW ENGLAND BIOLABS | $ | 1,312.00 |
| NEXANT INC | $ | 1,904.64 |
| NordYeast LLC | $ | 637.50 |
| NYSE MArket Inc. | $ | 147,907.00 |
| Office Depot Inc. | $ | 35.90 |
| PARK AVENUE OF WAYZATA INC. | $ | 1,235.00 |
| PAUL PETERSEN | $ | 406.99 |
| PETTY CASH | $ | 171.38 |
| Preferred Shipping | $ | 45.69 |
| Raymond J. Land | $ | 31,827.00 |
| REGENTS OF THE UNIVERSITY OF MINNESOTA | $ | 128.00 |
| Renewable Solutions LLC | $ | 1,100.00 |
| Reverdia | $ | 525,554.27 |
| RICHARD ENO | $ | 2,051.13 |
| Robert Frost | $ | 16,343.00 |
| ROTHSCHILD INC | $ | 250,709.69 |
| SHRED-IT USA - MINNEAPOLIS | $ | 45.95 |
| SIGMA-ALDRICH INC | $ | 158.84 |
| Solium Capital LLC | $ | 1,030.00 |
| State of New Jersey Division of Taxation | $ | 783.21 |
| Sunrise Science Products Inc. | $ | 235.00 |
| TOLL GAS & WELDING SUPPLY | $ | 1,387.22 |
| Tom Frey | $ | 4,204.91 |
| U.S. Bank Equipment Finance | $ | 31.60 |
| UEL REAL ESTATE HOLDINGS, LLC | $ | 7,407.76 |
| University of Guelph | $ | 53,018.73 |
| VWR International LLC | $ | 3,656.78 |
| Waters Technologies Corporation | $ | 3,268.70 |
| **Grand Total** | **$** | **2,498,255.17** |

Fill in this information to identify the case:

Debtor name    **BioAmber Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   **18-11078**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _Sune 8, 2018_          X _____
                                         Signature of individual signing on behalf of debtor

                                         **Mario Settino**
                                         Printed name

                                         **Chief Financial Officer**
                                         Position or relationship to debtor