**Fill in this information to identify the case:**

Debtor name: **BioAmber Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **18-11078**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Intercompany** | $258,952.00 |
    | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Intercompany** | $950,196.00 |
    | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Intercompany** | $1,973,523.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|
    | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

| Debtor | BioAmber Inc. | Case number (if known) | 18-11078 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. See Attachment 3 | | $2,778,058.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See Attachment 4 | | $301,537.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. CHAD ZUBRISKI, Individually and on Behalf of All Others Similarly Situated vs. BIOAMBER INC., JEAN-FRANÇOIS HUC, and MARIO SAUCIER<br>2:17-cv-01531-ADS-GRB | | United States District Court Eastern District of New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Bridging Finance Inc. vs. BioAmber, Inc.<br>CV-17-569988 | Breach of contract | Ontarior Superior Court of Justice<br>Canada | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | BioAmber Inc. | Case number (if known) | 18-11078 |
|---|---|---|---|

## Part 4: Certain Gifts and Charitable Contributions

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DSL LLC**<br>**215 rue St-Jacques, Suite 300**<br>**Montreal QC H2 1M6** | | **05/03/18** | **$58,867.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Blake, Cassels & Graydon LLP**<br>**199 Bay Street, suite 4000**<br>**Toronto ON M5L 1A9** | | **05/03/18** | **$39,245.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor **BioAmber Inc.**     Case number *(if known)* **18-11078**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Pachulski Stang Ziehl & Jones LLP**<br>**10100 Santa Monica Blvd.**<br>**13th Floor**<br>**Los Angeles, CA 90067** | | **05/4/18** | **$250,000.00** |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3850 Annapolis Lane North**<br>**Plymouth, MN 55447** | **Since the beginning - June 2016** |
| 14.2. | **1000 Westgate Dr., Suite 117**<br>**Saint Paul, MN 55114** | **Junen 2016 - current** |

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor   **BioAmber Inc.**                                                      Case number *(if known)* **18-11078**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ☐ No Go to Part 10.
  ■ Yes. Fill in below:
  Name of plan
  **BioAmber Retirement Savings Plan**

  Employer identification number of the plan
  EIN: **98-0601045**

  Has the plan been terminated?
  ■ No
  ☐ Yes

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | BioAmber Inc. | Case number *(if known)* | 18-11078 |
|---|---|---|---|

not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | BioAmber Sarnia Inc. | | EIN: From-To |
| 25.2. | BioAmber Canada Inc. | | EIN: From-To |

Debtor **BioAmber Inc.**     Case number *(if known)* **18-11078**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| 25.3. **Sinoven** | | EIN:<br><br>From-To |
| 25.4. **comet Biorefining Inc.** | | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Mario Saucier**<br>**1250 René Lévesque Ouest**<br>**Montreal** | **12/09/15 - 03/28/17** |
| 26a.2. | **Mario Settino**<br>**1250 René Lévesque Ouest**<br>**Montreal** | **May 15, 2017 -<br>current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Deloitte LLP**<br>**190 Avenue des Canadiens-de-Montreal**<br>**Bureau 500**<br>**Montreal QC H3B 0M7** | **inception - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor **BioAmber Inc.** Case number *(if known)* **18-11078**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Attachment 28** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **GEORGE GOSBEE** | **410,585- 8 AVENUE SW Calgary AB T2P 1G1** | **Director** | **Resigned 5/11/17** |
| **JEAN-FRANCOIS HUC** | **1000 CH. MONCRIEFF VILLE MONT-ROYAL QC H3R 3A4** | | **Resigned 05/12/17** |
| **FABRICE ORECCHIONI** | | **Chief Operations Officer** | **Resigned 10/24/17** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **As disclosed in SEC filings** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Name | Address | City | ST | Zip | Date | Amount |
|---|---|---|---|---|---|---|
| AGILENT TECHNOLOGIES | 4187 COLLECTIONS CENTER DRIVE | Chicago | IL | 60693 | 01FEB2018-04MAY2022 | $ 1,437.98 |
| American Express Card | | | | | 01FEB2018-04MAY2029 | $ 1,452.55 |
| Analytical Instrument Brokers, LLC | 1200 Mendelsohn Avenue North | Golden Valley | MN | 55427 | 01FEB2018-04MAY2031 | $ 62.19 |
| AON Risk Services Central Inc. | 75 Remittance Drive Suite 1943 | Chicago | IL | 60675-1943 | 01FEB2018-04MAY2033 | $ 107,772.11 |
| AON REED STENHOUSE INC. | 700, RUE DE LA GAUCHETIERE OUEST | MONTREAL | QC | H3B 0A4 | 01FEB2018-04MAY2034 | $ 3,700.00 |
| BIO-RAD LABORATORIES | LIFE SCIENCE GROUP | LOS ANGELES | CA | 90084-9750 | 01FEB2018-04MAY2055 | $ 1,254.00 |
| Blake, Cassels & Graydon LLP | 199 Bay Street, suite 4000 | Toronto | ON | M5L 1A9 | 01FEB2018-04MAY2057 | $ 66,348.28 |
| BRETT BOGENSCHUTZ | 13640  67th Ave N | MAPLE GROVE | MN | 55311 | 01FEB2018-04MAY2061 | $ 3,998.90 |
| Broadley James | 19 Thomas | Irvine | California | 92618 | 01FEB2018-04MAY2064 | $ 221.82 |
| Broadridge ICS | P.O. BOX 416423 | Boston | MA | 02241-6423 | 01FEB2018-04MAY2065 | $ 1,415.98 |
| CATHY HASS | 1820 Parker Rd. | Saint Louis Park | MN | 55426 | 01FEB2018-04MAY2069 | $ 124.86 |
| Cintas Corporations | PO BOX 631025 | Cincinnati | OH | 45263-1025 | 01FEB2018-04MAY2078 | $ 104.00 |
| COMCAST BUSINESS | PO BOX 35170 | SEATTLE | WA | 98124-5170 | 01FEB2018-04MAY2084 | $ 463.89 |
| Computershare Inc. | Dept CH 19228 | Palatine | IL | 60055-9228 | 01FEB2018-04MAY2085 | $ 8,538.86 |
| Concur Technologies Inc. | 62157 Collections Center Drive | Chicago | IL | 60693 | 01FEB2018-04MAY2086 | $ 689.84 |
| HSBC Bank USA - Bank Charges | PO BOx 5477 | Carol Stream | IL | 60197-5477 | 01FEB2018-04MAY2088 | $ 1,497.46 |
| HSBC Commerical Card | PO BOx 5477 | Carol Stream | IL | 60197-5477 | 01FEB2018-04MAY2088 | $ 17,337.43 |
| CT CORPORATION SYSTEM | 111 EIGHT AVENUE | New York | | 11011 | 01FEB2018-04MAY2091 | $ 55,610.00 |
| CULLIGAN BOTTLED WATER | DEPARTMENT 8799 | MINNEAPOLIS | MN | 55480-7743 | 01FEB2018-04MAY2093 | $ 280.05 |
| DANIELA ORECCHIONI | 82 ROUTE D'ARTIX | CESCAU | | 64170 | 01FEB2018-04MAY2095 | $ 15,512.13 |
| Deloitte & Touche LLP | M11459U | Montreal | Qc | H3C 5L6 | 01FEB2018-04MAY2100 | $ 32,100.00 |
| DELOITTE MANAGEMENT SERVICES LP | M11459C | MONTREAL | QC | H3C 5L6 | 01FEB2018-04MAY2101 | $ 168,848.14 |
| DILUM DUNUWILA | 394 Franklin Avenue | PRINCETON | NEW JERSEY | 08540 | 01FEB2018-04MAY2108 | $ 6,787.73 |
| DONNELLEY FINANCIAL SOLUTIONS | 35 W WACKER DRIVE | Chicago | IL | 60601 | 01FEB2018-04MAY2110 | $ 20,546.28 |
| DSL LLC | 215 rue St-Jacques, Suite 300 | Montreal | Quebec | H2Y 1M6 | 01FEB2018-04MAY2114 | $ 122,874.43 |
| Durham Capital Canada Corporation | 590 Madison Avenue | New York | New York | 10022 | 01FEB2018-04MAY2115 | $ 100,000.00 |
| Ellen Richstone | 67 Bullard Road | Weston | MA | 02493 | 01FEB2018-04MAY2122 | $ 32,829.00 |
| EMMANUEL COTESSAT SOCIETE D'AVOCATS | 10 RUE DUQUESNE | LYON | | 69006 | 01FEB2018-04MAY2123 | $ 924.90 |
| Fisher Scientific | 13551 Collections Center Drive | Chicago | IL | 60693 | 01FEB2018-04MAY2140 | $ 1,745.45 |
| Flokzu Antabel S.A. | Av. Dr. Francisco Soca | Montevideo | Urugyay | 1531 | 01FEB2018-04MAY2143 | $ 1,200.00 |
| G&K SERVICES INC | P.O. Box 842385 | Boston | MA | 02284-2385 | 01FEB2018-04MAY2147 | $ 101.79 |
| GENEWIZ INC | 115 CORPORATE BLVD | SOUTH PLAINFIELD | NJ | 07080 | 01FEB2018-04MAY2150 | $ 54.00 |
| GENSCRIPT USA INC | 860 CENTENNIAL AVE | PISCATAWAY | NJ | 08854 | 01FEB2018-04MAY2151 | $ 2,892.61 |
| Goodwin Procter LLP | Counselors at Law | Boston | MA | 02109 | 01FEB2018-04MAY2154 | $ 740,761.43 |
| HealthPartners | NW 3600 | Minneapolis | MN | 55485-3600 | 01FEB2018-04MAY2166 | $ 69,272.95 |
| Heinz Haller | Ritomgasse 8 | Andermatt | | 6490 | 01FEB2018-04MAY2167 | $ 19,225.00 |
| Holly Morgan | 16400 Holdridge Rd W | Wayzata | MN | 55391 | 01FEB2018-04MAY2172 | $ 2,122.77 |
| Humanis | Centre Expatriés 93, rue Marceau | Montreuil | CEDEX | 93187 | 01FEB2018-04MAY2174 | $ 6,233.52 |
| UL Information & Insights | P.O. Box 840749 | Dallas | TX | 75284-0749 | 01FEB2018-04MAY2179 | $ 7,614.65 |
| INTEGRATED DNA TECHNOLOGIES INC | 25104 NETWORK PLACE | Chicago | IL | 60673-1251 | 01FEB2018-04MAY2184 | $ 1,832.22 |
| JAMES R. (JIM) MILLIS | 2360 Yuma Lane North | Plymouth | MN | 55447 | 01FEB2018-04MAY2194 | $ 5,780.33 |
| JMS Warehousing Inc. | 704 Mara Street Suite 128 | Point Edward | ON | N7V 1X4 | 01FEB2018-04MAY2196 | $ 234.34 |
| Kcomber Inc. | 17th Floor Huihua Commercial & Trade Building | Guangzhou | P.R. | 510070 | 01FEB2018-04MAY2199 | $ 1,600.00 |
| KENNETH W WALL | 1847 HUNTSMAN LANE | WEST CHESTER | PA | 19382 | 01FEB2018-04MAY2201 | $ 27,080.59 |
| Kevin Roberg-Perez | 2250 Cleveland St. NE | Minneapolis | MN | 55418 | 01FEB2018-04MAY2202 | $ 3,375.40 |
| KURT BRINER | 10 Av de Grande Britagne | Monaco | | 98000 | 01FEB2018-04MAY2205 | $ 33,355.54 |
| LIFE TECHNOLOGIES CORPORATION | 12088 Collection Center Drive | Chicago | IL | 60693 | 01FEB2018-04MAY2208 | $ 2,489.17 |
| Man Kit Lau | 6037 Oakland Ave S | Minneapolis | MN | 55417 | 01FEB2018-04MAY2212 | $ 1,107.27 |
| Mitsubishi Chemical Corporation | 1-1, Marunouchi 1-chrome | Tokyo | | 100-8251 | 01FEB2018-04MAY2216 | $ 700,000.00 |
| Megazyme International Ireland | Bray Business Park | Bray | County Wicklow | | 01FEB2018-04MAY2219 | $ 267.00 |
| METTLER-TOLDEO PROCESS ANALYTICS | 23669 NETWORK PLACE | Chicago | IL | 60673-1236 | 01FEB2018-04MAY2224 | $ 2,269.88 |
| Midland Scientific Inc. | 1202 South 11th street | Omaha | NE | 68108 | 01FEB2018-04MAY2225 | $ 1,750.14 |
| MINNESOTA - REVENUE (USE + SALES TAX) | | | | | 01FEB2018-04MAY2231 | $ 428.00 |
| MINNESOTA REVENUE | 600 NORTH ROBERT STREET | ST. PAUL | MN | 55101 | 01FEB2018-04MAY2232 | $ 1,500.00 |
| MNP SENCRL SRL/LLP | 1155, boul. René-Lévesque O. 23E ETAJE | MONTREAL | QC | H3B 2K2 | 01FEB2018-04MAY2236 | $ 10,145.66 |
| Morrison Brown Sosnovitch LLP | One Toronto Street, PO Box 28 Suite 910 | Toronto | ON | M5C 2V6 | 01FEB2018-04MAY2238 | $ 4,873.24 |
| Nanopore Technologies | P.O. Box 2855 | New York | New YOrk | 10008-2855 | 01FEB2018-04MAY2241 | $ 1,948.00 |
| Navex Global | PO BOX 60941 | Charlotte | NC | 28260-0941 | 01FEB2018-04MAY2243 | $ 2,535.75 |
| NEW ENGLAND BIOLABS | PO BOX 3933 | BOSTON | MA | 02241-3933 | 01FEB2018-04MAY2245 | $ 2,529.00 |
| NEXANT INC | DEPT CH 16356 | PALATINE | IL | 60055-6356 | 01FEB2018-04MAY2246 | $ 9,993.25 |
| NordYeast LLC | 6154 South Macon Way | Englewood | CO | 80111 | 01FEB2018-04MAY2247 | $ 562.50 |
| Novus International (Canada) Inc. | 2910 South Sheridan Way | Oakville | Ontario | L6J 7J8 | 01FEB2018-04MAY2248 | $ 25,000.00 |
| Orange | | | | | 01FEB2018-04MAY2251 | $ 735.36 |
| Octalia | TSA 91651 | Palaiseau Cedex | | 91765 | 01FEB2018-04MAY2253 | $ 930.20 |
| Office Depot Inc. | PO BOX 630813 | Cincinnati | OH | 45263-0813 | 01FEB2018-04MAY2254 | $ 302.62 |
| Pace Analytical Services, Inc. | PO Box 684056 | Chicago | IL | 60695-4056 | 01FEB2018-04MAY2257 | $ 2,467.50 |
| PAUL PETERSEN | 5875 ROSS AVE UNIT 2 | DALLAS | TX | 75206 | 01FEB2018-04MAY2261 | $ 17,602.53 |
| PARK AVENUE OF WAYZATA INC. | 15210 WAYZATA BOULEVARD | WAYZATA | MN | 55391 | 01FEB2018-04MAY2262 | $ 5,072.30 |
| Plastic Technologies, Inc. | P.O. Box 964 | Holland | OH | 43528-0964 | 01FEB2018-04MAY2270 | $ 1,535.00 |
| Preferred Shipping | 12714 Settemont Road | Missouri City | Texas | 77489 | 01FEB2018-04MAY2275 | $ 85.86 |
| Ramsey County | SDS 12-2411 | Minneapolis | MN | 55486-2411 | 01FEB2018-04MAY2278 | $ 226.90 |
| Raymond J. Land | 325 Point Lobos Drive | Satellite Beach | FL | 32937 | 01FEB2018-04MAY2281 | $ 46,962.68 |
| Reverdia | 6167 RD Geleen | Urmonderbann 20H | | | 01FEB2018-04MAY2288 | $ 32,083.60 |
| RICHARD ENO | 31 YORK RD | WINCHESTER | MA | 01890-3854 | 01FEB2018-04MAY2289 | $ 7,440.50 |
| RICHARD JACOBSON | 5435 NORWOOD LANE | Plymouth | MN | 55442 | 01FEB2018-04MAY2290 | $ 358.30 |
| RIFFEL CONSULTING, LLC | 1530 Blake Street | Berkeley | CA | 94703 | 01FEB2018-04MAY2291 | $ 3,200.00 |
| ROBERT FROST | 46 BIRCH GROVE | LONDON | | W39SS | 01FEB2018-04MAY2294 | $ 17,486.09 |
| Scottish Widows | 15 Dalkeith Road | Edinburg | Scotland | EH16 5BU | 01FEB2018-04MAY2307 | $ 1,125.12 |
| SD WORX ASBL | BROUWERSVLIET 2 | Antwerpen | | 2000 | 01FEB2018-04MAY2309 | $ 7,333.26 |
| SHRED-IT USA - MINNEAPOLIS | 28883 NETWORK PLACE | Chicago | IL | 60673-1288 | 01FEB2018-04MAY2315 | $ 183.80 |
| SIGMA-ALDRICH INC | PO BOX 535182 | Atlanta | GA | 30353-5182 | 01FEB2018-04MAY2316 | $ 1,698.75 |
| Solium Capital LLC | Dept 3530 PO Box 123530 | Dallas | TX | 75312-3530 | 01FEB2018-04MAY2320 | $ 3,090.00 |
| SQUADRA | Département Cotisation | Levallois | | | 01FEB2018-04MAY2322 | $ 7,646.22 |
| State of New Jersey Division of Taxation | PO BOX 666 | Trenton | NJ | 08646-0666 | 01FEB2018-04MAY2323 | $ 1,783.21 |
| Tecnon OrbiChem Ltd | The Landsdowne Building | London | 0 | CR9 2ER | 01FEB2018-04MAY2333 | $ 6,006.85 |
| TOLL GAS & WELDING SUPPLY | 3005 NIAGARA LANE NORTH | Plymouth | MN | 55447 | 01FEB2018-04MAY2338 | $ 2,971.01 |
| Tom Frey | 8 West Lake St. | Waconia | MN | 55387 | 01FEB2018-04MAY2339 | $ 2,969.72 |
| Twist Bioscience Corporation | 455 Mission Bay Blvd. South | San Francisco | CA | 94158 | 01FEB2018-04MAY2345 | $ 368.77 |
| U.S. Bank Equipment Finance | P.O. BOX 790448 | ST LOUIS | MO | 63179-0448 | 01FEB2018-04MAY2346 | $ 415.42 |
| UEL REAL ESTATE HOLDINGS, LLC | 1000 Westgate Drive | ST. PAUL | MN | 55114 | 01FEB2018-04MAY2347 | $ 21,680.58 |
| University of Guelph | 50 Stone Rd. East | Guelph | Ontario | N1G 2W1 | 01FEB2018-04MAY2350 | $ 222.88 |
| Unum Life Insurance Company of America | PO Box 409548 | Atlanta | GA | 30384-9548 | 01FEB2018-04MAY2352 | $ 9,784.87 |
| URSSAF D'ALSACE | 16 rue Contades | Strasbourg CEDEX9 | | 67945 | 01FEB2018-04MAY2355 | $ 32,676.39 |
| VWR International LLC | PO BOX 640169 | Pittsburgh | PA | 15264-0169 | 01FEB2018-04MAY2362 | $ 5,706.72 |
| Waters Technologies Corporation | Dept. CH 14373 | Palatine | IL | 60055-4373 | 01FEB2018-04MAY2363 | $ 9,645.78 |
| William Raymond | Sandy Bridge Cottage | Grange-Over-Sands | Cumbria | LA116QS | 01FEB2018-04MAY2366 | $ 28,558.71 |
| Wladimir Moraes | | | | | 01FEB2018-04MAY2367 | $ 32,784.95 |
| ZYMO RESEARCH CORPORATION | 17062 Murphy Avenue | Irvine | CA | 92614 | 01FEB2018-04MAY2374 | $ 300.95 |
| | | | | | | $ 2,778,057.66 |

| Name | Adress | City | ST | Zip | Date | Amount | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|
| Bioamber Sarnia Inc. | 1201 Vidal Street South | Sarnia | ON | N7T 7V8 | 04MAY2017-31JAN2018 | $ 3,800.00 | Intercompany |
| Ellen Richstone | 67 Bullard Road | Weston | MA | 02493 | 04MAY2017-31JAN2018 | $ 46,490.16 | Board fee |
| GEORGE GOSBEE | 410,585- 8 AVENUE SW | CALGARY | AB | T2P 1G1 | 04MAY2017-31JAN2018 | $ 19,060.13 | Board fee |
| Heinz Haller | Ritomgasse 8 | Andermatt |  | 6490 | 04MAY2017-31JAN2018 | $ 72,500.00 | Board fee |
| KENNETH W WALL | 1847 HUNTSMAN LANE | WEST CHESTER | PA | 19382 | 04MAY2017-31JAN2018 | $ 43,250.28 | Board fee |
| KURT BRINER | 10 Av de Grande Britagne | Monaco |  | 98000 | 04MAY2017-31JAN2018 | $ 77,149.70 | Board fee |
| RICHARD ENO | 31 YORK RD | WINCHESTER | MA | 01890-3854 | 04MAY2017-31JAN2018 | $ 11,560.05 | Board fee |
| ROBERT FROST | 46 BIRCH GROVE | LONDON |  | W39SS | 04MAY2017-31JAN2018 | $ 27,726.77 | Board fee |
|  |  |  |  |  |  | $ 301,537.09 |  |

| Name | Address | City | ST | Zip | Position | % of interest if any |
|---|---|---|---|---|---|---|
| Ellen Richstone | 67 Bullard Road | Weston | MA | 02493 | Board of Director | |
| Heinz Haller | Ritomgasse 8 | Andermatt | | 6490 | Board of Director | |
| JAMES R. (JIM) MILLIS | 2360 Yuma Lane North | Plymouth | MN | 55447 | Officer | |
| KENNETH W WALL | 1847 HUNTSMAN LANE | WEST CHESTER | PA | 19382 | Board of Director | |
| KURT BRINER | 10 Av de Grande Britagne | Monaco | | 98000 | Board of Director | |
| LAURENT BERNIER | 7-730 Lusignan | Montreal | QC | H3C 1Y9 | Officer | |
| MARIO SETTINO | 38 Merineau | Kirkland | QC | H9J 3V7 | Officer - CFO | |
| MIKE HARTMANN | 8 Lakeshore | Beaconfield | QC | H9W 4H3 | Officer | |
| Raymond J. Land | 325 Point Lobos Drive | Satellite Beach | FL | 32937 | Board of Director | |
| RICHARD ENO | 31 YORK RD | WINCHESTER | MA | 01890-3854 | CEO and Board of Director | |
| ROBERT FROST | 46 BIRCH GROVE | LONDON | | W39SS | Board of Director | |
| THOMAS DESBIENS | | | QC | | General Counsel | |

SoFA Attachment 29
Former officers, directors, members and shareholders

| Name | Address | City | ST | Zip | Position | % of interest if any |
|---|---|---|---|---|---|---|
| GEORGE GOSBEE | 410,585- 8 AVENUE SW | CALGARY | AB | T2P 1G1 | Board of Director | |
| JEAN-FRANCOIS HUC | 1000 CH. MONCRIEFF | VILLE MONT-ROYAL | QC | H3R 3A4 | Board of Director | |

Debtor   Bio-Amber, Inc.                                                    Case number (if known)   18-11078

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 8, 2018

_[signature]_                                      MARIO SETTINO
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor      C.F.O

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☐ Yes