IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIOAMBER, INC.,[1] | Case No. 18-11078 (LSS) |
| Debtor. | Re: Docket No. 22 |

## NOTICE OF FILING OF AMENDED SCHEDULE E/F FOR DEBTOR

**PLEASE TAKE NOTICE** that on June 8, 2018, BioAmber, Inc. (the "Debtor") filed its Schedules of Assets and Liabilities [Docket No. 22] (the "Schedules") and Statements of Financial Affairs [Docket No. 23] (the "SoFA") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on June 12, 2018, the Debtor filed the attached amended Schedule E/F (the "Amended Schedule").

**PLEASE TAKE FURTHER NOTICE** that the following changes were made to the above-referenced schedule, a copy of which is attached hereto as **Exhibit A**:

Amended Schedule E/F – Attaching list of Employee Wage Claims

---

[1] The last four digits of the Debtor's federal tax ID number are (1045). The Debtor's service address is: 1000 Westgate Drive, Suite 115, Saint Paul, MN 55114.

| | |
|---|---|
| Dated: June 12, 2018 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Laura Davis Jones (DE Bar No. 2436)<br>Jeremy Richards (CA Bar No. 102300)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Tel: (302) 652-4100<br>Fax: (302) 652-4400<br>E-mail:   ljones@pszjlaw.com<br>              jrichards@pszjlaw.com<br>              crobinson@pszjlaw.com<br><br>Proposed Attorneys for Debtor and Debtor in Possession |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **BioAmber Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **18-11078** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ■ Amended Schedule    **E - Priority Claims**
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *June 12, 2018*    X _____/s/_____
                                      Signature of individual signing on behalf of debtor

**Mario Settino**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BioAmber Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 18-11078 |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Bonuses** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $231,780.00 | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued bonuses** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Minnesota Dept. of Revenue**<br>**Mail Station 6330**<br>**Saint Paul, MN 55146-6330** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115.00 | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Sales and Use Tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | BioAmber Inc. | Case number (if known) | 18-11078 |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**
State of Delaware
Division of Revenue
820 N. French St. #2
Wilmington, DE 19801

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

$49,548.39    Unknown

### 2.4

**Priority creditor's name and mailing address**
State of New Jersey
New Jersey Division of Taxation
PO Box 281
Trenton, NJ 08695-0281

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
■ No
☐ Yes

$783.21    Unknown

### 2.5

**Priority creditor's name and mailing address**
Vacation

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued vacation**

Is the claim subject to offset?
■ No
☐ Yes

$113,299.00    Unknown

### 2.6

**Priority creditor's name and mailing address**
Wages
See Attachment E for details

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued wages**

Is the claim subject to offset?
■ No
☐ Yes

$42,289.00    Unknown

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | BioAmber Inc. | | Case number (if known) | 18-11078 |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,545,169.67 |
|---|---|---|---|
| | **See Attachment F** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 437,814.60 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,545,169.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 2,982,984.27 |

BioAmber, Inc.
18-11078

Amended Schedule E
Employee Wage Claims

| Name | Address | Total Claim Amount | Amount Entitled To Priority |
|---|---|---:|---:|
| Bejer Aja | 16716 RADIUM ST NW  RAMSEY, MN 55303 | 2,278.40 | 1,139.20 |
| Bogenschutz Brett | 13640 67TH AVE N  MAPLE GROVE, MN 55311 | 3,308.00 | 1,654.00 |
| Dunuwila Dilum | 394 FRANKLIN AVE  PRINCETON, NJ 8540 | 8,527.20 | 4,263.60 |
| Richard Eno | 31 YORK RD  WINCHESTER, MA 1890 | 19,230.40 | 9,615.20 |
| Frey Thomas | 8 W LAKE STREET  WACONIA, MN 55387 | 6,152.00 | 3,076.00 |
| Hass Cathy | 1820 PARKER RD  SAINT LOUIS PARK, MN 55426 | 3,499.20 | 1,749.60 |
| Paul Hedlun | 1675 CHARLES AVE  SAINT PAUL, MN 55104 | 2,148.00 | 1,074.00 |
| Lau | 6037 OAKLAND AVE S  MINNEAPOLIS, MN 55417 | 4,500.00 | 2,250.00 |
| Millis James | 2360 YUMA LANE N  PLYMOUTH, MN 55447 | 12,692.00 | 6,346.00 |
| Nielson Sarah | 616 LINCOLN AVE APT 205 ST. PAUL, MN 55102 | 472.50 | 236.25 |
| Roger | 6702 BUCKINGHAM BAY  WOODBURY, MN 55125 | 4,269.60 | 2,134.80 |
| Paul Peterson | 5875 ROSS AVE UNIT 2 DALLAS, TX 75206 | 5,192.00 | 2,596.00 |
| Ryan Owen | 4036 20TH AVE S  MINNEAPOLIS, MN 55407 | 3,609.60 | 1,804.80 |
| Santos-Martinez Monica | 1000 WESTGAGE DRIVE, SUITE 115, ST. PAUL, MN 55114 | 1,307.60 | - |
| Truscott Holly | 16400 HOLDRIDGE RD W  WAYZATA, MN 55391 | 3,409.60 | 1,704.80 |
|  |  | 80,596.10 | 39,644.25 |
|  |  |  | 2,644.77 |
| Accrual |  |  | 42,289.02 |

BioAmber, Inc.
18-11078

1 OF 1

Attachment F
Unsecured Creditors

| Creditor | Sum of Amount USD |
|---|---:|
| AGILENT TECHNOLOGIES | $ 807.99 |
| American Express Card | $ 6,379.88 |
| AON REED STENHOUSE INC. | $ 3,700.00 |
| Beckman Coulter Inc | $ 320.00 |
| BRETT BOGENSCHUTZ | $ 1,679.41 |
| Broadridge ICS | $ 30,932.97 |
| CARGILL, INC. | $ 501,243.72 |
| Case Western Reserve University | $ 16,000.00 |
| CATHY HASS | $ 859.13 |
| CELEXION, LLC | $ 95,833.00 |
| Centerpoint Energy 6.1 | $ 215.93 |
| Cintas Corporations | $ 104.00 |
| Computershare Inc. | $ 5,283.75 |
| CT CORPORATION SYSTEM | $ 79,800.00 |
| CULLIGAN BOTTLED WATER | $ 28.02 |
| Deloitte & Touche LLP | $ 44,940.00 |
| DILUM DUNUWILA | $ 642.01 |
| DONNELLEY FINANCIAL SOLUTIONS | $ 39,616.27 |
| E.I. DUPONT DE NEMOURS AND COMPANY | $ 150,000.00 |
| EDWARD PASCHKE | $ 2,662.50 |
| Ellen Richstone | $ 21,504.00 |
| Fesco Adecco Human Resources Service Shanghai Co., | $ 31,881.09 |
| Fisher Scientific | $ 196.41 |
| GENEWIZ INC | $ 599.00 |
| GEORGE GOSBEE | $ 12,644.00 |
| Goodwin Procter LLP | $ 61,893.85 |
| Heinz Haller | $ 18,923.00 |
| Holly Morgan | $ 955.35 |
| HSBC Commerical Card | $ 1,340.47 |
| IMeet | $ 4,785.13 |
| INTEGRATED DNA TECHNOLOGIES INC | $ 543.66 |
| JAMES R. (JIM) MILLIS | $ 2,906.55 |
| JEAN-FRANCOIS HUC | $ 4,247.00 |
| KENNETH W WALL | $ 18,923.00 |
| Kevin Roberg-Perez | $ 3,294.20 |
| KURT BRINER | $ 18,923.00 |
| LIFE TECHNOLOGIES CORPORATION | $ 526.43 |
| Mackenzie Partners Inc. | $ 20,272.00 |
| Mediant Communications Inc. | $ 318.25 |
| METRO SALES INC | $ 666.96 |
| Midland Scientific Inc. | $ 1,821.45 |
| MINNESOTA - REVENUE (USE + SALES TAX) | $ 115.00 |
| Mitsubishi Chemical Corporation | $ 231,779.90 |
| Nanopore Technologies | $ 1,549.00 |

Attachment F
Unsecured Creditors

| Creditor | Amount |
|---|---:|
| NEW ENGLAND BIOLABS | $ 1,312.00 |
| NEXANT INC | $ 1,904.64 |
| NordYeast LLC | $ 637.50 |
| NYSE MArket Inc. | $ 147,907.00 |
| Office Depot Inc. | $ 35.90 |
| PARK AVENUE OF WAYZATA INC. | $ 1,235.00 |
| PAUL PETERSEN | $ 406.99 |
| PETTY CASH | $ 171.38 |
| Preferred Shipping | $ 45.69 |
| Raymond J. Land | $ 31,827.00 |
| REGENTS OF THE UNIVERSITY OF MINNESOTA | $ 128.00 |
| Renewable Solutions LLC | $ 1,100.00 |
| Reverdia | $ 525,554.27 |
| RICHARD ENO | $ 2,051.13 |
| Robert Frost | $ 16,343.00 |
| ROTHSCHILD INC | $ 250,709.69 |
| SHRED-IT USA - MINNEAPOLIS | $ 45.95 |
| SIGMA-ALDRICH INC | $ 158.84 |
| Solium Capital LLC | $ 1,030.00 |
| State of New Jersey Division of Taxation | $ 783.21 |
| Sunrise Science Products Inc. | $ 235.00 |
| TOLL GAS & WELDING SUPPLY | $ 1,387.22 |
| Tom Frey | $ 4,204.91 |
| U.S. Bank Equipment Finance | $ 31.60 |
| UEL REAL ESTATE HOLDINGS, LLC | $ 7,407.76 |
| University of Guelph | $ 53,018.73 |
| VWR International LLC | $ 3,656.78 |
| Waters Technologies Corporation | $ 3,268.70 |
| **Grand Total** | **$ 2,498,255.17** |

| Fill in this information to identify the case: |
|---|
| Debtor name  **BioAmber Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  **18-11078** |

■ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ■ Amended Schedule    **E - Priority Claims**
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _____
Signature of individual signing on behalf of debtor

**Mario Settino**
Printed name

**Chief Financial Officer**
Position or relationship to debtor